JOHN E. HARRINGTON, Respondent, *v.* THE FRANKLIN FIRE INSURANCE COMPANY of Philadelphia, Appellant.

(Argued March 21, 1894; decided April 10, 1894.)

APPEAL from judgment of the General Term of the Supreme Court in the third judicial department, entered upon an order made November 22, 1892, which reversed a judgment in favor of defendant entered upon a verdict directed by the court and granted a new trial.

*Evert Fowler* for appellant.

*John E. Van Etten* for respondent.

Agree to affirm on opinion below.
All concur, except EARL and BARTLETT, JJ., dissenting.
Judgment affirmed.